No. 15,727.

HANEBUTH, CHIEF OF POLICE ET AL. *v.* SCOTT.

(170 P. [2d] 530)

Decided June 10, 1946.

Mr. MALCOLM LINDSEY, Mr. FRANK L. HAYS, for plaintiffs in error.

Mr. BYRON G. ROGERS, Mr. FRANK A. BRUNO, for defendant in error.

*En Banc.*

MR. CHIEF JUSTICE KNOUS delivered the opinion of the court.

THIS cause and *Hanebuth v. Patton,* 115 Colo. 166, 170 P. (2d) 526 are companion cases and except for two inconsequential issues covered by supplemental briefs, both

cases, by stipulation of counsel, have been submitted on the briefs and arguments in *Hanebuth v. Patton, supra.* Thus, that decision is controlling in this case, and accordingly the judgment herein is affirmed.